UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Case No. 8:06-cr-314-T-30MAP

TONY JEROME HENRY and
HELENA JONES,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #318) by the United States for a Final Order of Forfeiture for the following:

(a)    1997 Chevrolet Tahoe, VIN# 1GNEC13R0VJ321377;

(b)    1999 Dodge Ram Pick-up, #VIN 3B7HC12Y0XG153132;

(c)    1991 BMW 4 door coupe, VIN # WBAHD2311MBF70235;

(d)    $778.00 in United States Currency seized at 5606 86th Street on November 2, 2006;

(e)    $5,200.00 in United States Currency seized at 1841 Cadillac Circle on June 30, 2006; and

(f)    One man's Rolex watch and assorted women's jewelry seized at 1841 Cadillac Circle on June 30, 2006.

The Court hereby finds that, pursuant to 21 U.S.C. § 853(n)(1), the United States published notice of the Preliminary Order of Forfeiture. No persons or entities with an interest in the property have timely filed a petition.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Dkt. #318) of the United States is hereby GRANTED.

IT IS FURTHER ORDERED that the above-referenced property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2). Clear title to the property is now vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service or the Department of Treasury, Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or its custodian, be and is hereby given full possession and control of the property for disposition pursuant to law.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys of Record

F:\Docs\2006\06-cr-314.fj forfeit 318.wpd

2