UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.  8:06-cr-314-T-30MAP

TONY JEROME HENRY and
HELENA JONES,

    Defendants.
_____/

**ORDER VACATING THE PRELIMINARY
ORDERS OF FORFEITURE AS TO THE REAL
PROPERTIES LOCATED AT 5606 S. 86TH STREET, TAMPA,
FLORIDA AND 1841 CADILLAC CIRCLE, CLAIR MEL, FLORIDA**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 326) of the United States of America to vacate the Preliminary Orders of Forfeiture (Docs. 228 and 229) entered by this Court on November 2, 2007, only as to the real properties located at 5606 S. 86th Street, Tampa, Florida, and 1841 Cadillac Circle, Clair Mel, Florida.

The Court hereby finds that the United States is no longer seeking forfeiture of the real properties located at 5606 S. 86th Street, Tampa, Florida, and 1841 Cadillac Circle, Clair Mel, Florida, which were named in the Preliminary Orders of Forfeiture entered by this Court on November 2, 2007.  Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 326) of the United States is hereby GRANTED.

It is FURTHER ORDERED that the Preliminary Orders of Forfeiture are VACATED as to the following real properties:

    a.    The real property, including all improvements thereon and appurtenances thereto, located at 5606 S. 86th Street, Tampa, Florida, which is legally described as follows:

        Lot 62, Block 12, Progress Village Unit 1, according to the map or plat thereof as recorded in Plat Book 35, Page 32, of the Public Records of Hillsborough County, Florida; and

    b.    The real property, including all improvements thereon and appurtenances thereto, located at 1841 Cadillac Circle, Clair Mel, Florida, which is legally described as follows:

        Lot 14, Block 7, Clair Mel City Unit No. 3, according to the map or plat thereof as recorded in Plat Book 34, Page 73, Public Records of Hillsborough County, Florida.

It is FURTHER ORDERED that all other aspects of the Preliminary Orders of Forfeiture remain in full force and effect.

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2006\06-cr-314.Vacate 326.wpd